**STATE of Missouri, Respondent,**

v.

**Leonard Dewayne HOLMES, Appellant.**

**No. WD 60620.**

Missouri Court of Appeals,
Western District.

Oct. 15, 2002.

---

Kent Denzel, Assistant Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Nicole E. Gorovsky, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before LOWENSTEIN, P.J., SMART and NEWTON, JJ.

### ORDER

PER CURIAM.

Leonard Holmes in this appeal from his convictions for first degree murder, § 565.020, and armed criminal action, § 571.015, raises two issues: (1) the trial court committed plain error in allowing the prosecutor to make a misleading closing argument, claiming that Holmes only confessed after being confronted with evidence of his guilt; and (2) the trial court abused its discretion in overruling his for-cause challenge of a venireperson who acknowledged working at a pediatrician's office where the victim had been a patient nine years before trial. The points are denied. The judgment is affirmed. Rule 30.25(b).